[Nos. 10981-6-II; 12197-2-II.   Division Two.   March 30, 1989.]

THE STATE OF WASHINGTON, *Respondent*, v. FRANK GERALD ROBERTS, *Appellant*.

*In the Matter of the Personal Restraint of*
FRANK GERALD ROBERTS, *Petitioner*.

Appeal from a judgment of the Superior Court for Pierce

County, No. 85-1-01205-6, James P. Healy, J., entered May 6, 1987, together with a petition for relief from personal restraint. Judgment *affirmed* and petition *denied* by unpublished opinion per Petrie, J. Pro Tem., concurred in by Alexander, C.J., and Reed, J.